**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>　　　　　　Plaintiff,<br><br>　　　　v.<br><br>**VINCENT XAVIER DELEON**<br><br>　　　　　　Defendant. | CR NO: 13CR421 LJO-SKO |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
☒ Ad Prosequendum　　　　☐ Ad Testificandum

Name of Detainee: VINCENT XAVIER DELEON
Detained at: WASCO STATE PRISON
Detainee is:　a.)　☒ charged in this district by:　☒ Indictment　☐ Information　☐ Complaint
　　　　　　　　　　　charging detainee with:　18:922(g)(1) – Felon in Possession
　　or　　b.)　☐ a witness not otherwise available by ordinary process of the Court

Detainee will:　a.)　☐ return to the custody of detaining facility upon termination of proceedings
　　or　　b.)　☒ be retained in federal custody until final disposition of federal charges, as a sentence
　　　　　　　　　is currently being served at the detaining facility

*Appearance is necessary [FORTHWITH] in the Eastern District of California.*

Signature:　　　　　　　　　　　*/s/ Brian K. Delaney*
Printed Name & Phone No:　　Brian K. Delaney / 559-497-4000
Attorney of Record for:　　　　United States of America

## WRIT OF HABEAS CORPUS
☒ Ad Prosequendum　　　　☐ Ad Testificandum

　　The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, [**FORTHWITH**], and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated:　3/21/2014　　　　　　　　　　　　　　　*/s/ Barbara A. McAuliffe*
　　　　　　　　　　　　　　　　　　　　　　　Honorable Barbara A. McAuliffe
　　　　　　　　　　　　　　　　　　　　　　　U.S. MAGISTRATE JUDGE

---

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | | ☒ Male　☐ Female | |
| Booking or CDC #: | T31233 | DOB: | 19811102 |
| Facility Address: | 701 Scotfield Ave., Wasco, CA 93280 | Race: | |
| Facility Phone: | | FBI#: | 626694KBO |
| Currently | | | |

## RETURN OF SERVICE

Executed on:　_____　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　(signature)