1   HEATHER E. WILLIAMS, SBN #122664
    Federal Defender
2   ANDRAS FARKAS, SBN #254302
    Assistant Federal Defend
3   Designated Counsel for Service
    2300 Tulare Street, Suite 330
4   Fresno, CA  93721-2226
    Telephone: (559) 487-5561
5   Fax: (559) 487-5950

6   Attorneys for Defendant
    VINCENT DELEON

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )   Case No.  1:13-CR-00421 LJO-SKO-1
                                       )
12                  Plaintiff,         )
                                       )   STIPULATION TO CONTINUE STATUS
13  vs.                                )   CONFERENCE HEARING;
                                       )   ORDER
14  VINCENT DELEON,                    )
                                       )   Date:   September 2, 2014
15                  Defendant.         )   Time:  1:00 p.m.
                                       )   Judge: Hon. Sheila K. Oberto
16  ───────────────────────────────    )

17          IT IS HEREBY STIPULATED by and between the parties through their respective

18  counsel, Assistant United States Attorney, BRIAN K. DELANEY, Counsel for Plaintiff, and

19  Assistant Federal Defender, ANDRAS FARKAS, Counsel for Defendant, VINCENT DELEON,

20  that the status conference set for July 7, 2014, at 1:00 p.m., may be continued to September 2,

21  2014, at 1:00 p.m.

22          The requested continuance is necessary to allow for further defense investigation and plea

23  negotiations.  The requested continuance will conserve time and resources for both counsel and

24  the court.

25          The parties agree that the delay resulting from the continuance shall be excluded in the

26  interests of justice herein and for effective defense preparation pursuant to 18 U.S.C. §§

27  3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv) because the ends of justice served in granting such

28  / / /

continuance outweigh the best interests of the public and the defendant in a speedy trial.

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

Dated: July 2, 2014                    /s/ Brian Delaney
                                       BRIAN DELANEY
                                       Assistant United States Attorney
                                       Attorney for Plaintiff


                                       HEATHER E. WILLIAMS
                                       Federal Defender

Date: July 2, 2014                     /s/ Andras Farkas
                                       ANDRAS FARKAS
                                       Assistant Federal Defender
                                       Attorneys for Defendant
                                       VINCENT DELEON


# ORDER

IT IS SO ORDERED.

Dated:   **July 2, 2014**                    **/s/ Sheila K. Oberto**
                                       UNITED STATES MAGISTRATE JUDGE