HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
ANDRAS FARKAS, CA Bar #254302
Assistant Federal Defend
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
VINCENT DELEON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 1:13-CR-00421 LJO-SKO-1 |
|---|---|
| Plaintiff, | ) |
| vs. | ) STIPULATION TO CONTINUE STATUS |
| | ) CONFERENCE HEARING; |
| VINCENT DELEON, | ) ORDER |
| | ) Date: November 3, 2014 |
| Defendant. | ) Time: 1:00 p.m. |
| | ) Judge: Hon. Sheila K. Oberto |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Assistant United States Attorney, BRIAN K. DELANEY, Counsel for Plaintiff, and Assistant Federal Defender, ANDRAS FARKAS, Counsel for Defendant, VINCENT DELEON, that the status conference set for September 2, 2014, at 1:00 p.m., may be continued to November 3, 2014, at 1:00 p.m.

The requested continuance is necessary to allow for further defense investigation and plea negotiations. The requested continuance will conserve time and resources for both counsel and the court.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice herein and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv) because the ends of justice served in granting such

///

continuance outweigh the best interests of the public and the defendant in a speedy trial.

        Respectfully submitted,

        BENJAMIN B. WAGNER
        United States Attorney

Dated: August 26, 2014        /s/ *Brian K. Delaney*
        BRIAN K. DELANEY
        Assistant United States Attorney
        Attorney for Plaintiff

        HEATHER E. WILLIAMS
        Federal Defender

Date: August 26, 2014        /s/ *Andras Farkas*
        ANDRAS FARKAS
        Assistant Federal Defender
        Attorneys for Defendant
        VINCENT DELEON

**ORDER**

The parties' stipulated request for a continuance of the status conference date to November 3, 2014, is GRANTED to allow for further defense investigation and to allow the parties additional time to achieve a mutually agreeable resolution of this matter.

Should the parties reach an agreement that resolves the case, they shall schedule the matter for a change of plea hearing before United States District Judge Lawrence J. O'Neill. If the parties are unable to reach an agreement that resolves this matter prior to the next status conference date of November 3, 2014, they shall be prepared to select a mutually acceptable trial date at the status conference on November 3, 2014.  The delay resulting from the continuance shall be excluded for the reasons set forth in the parties' stipulation.

IT IS SO ORDERED.

   Dated:   **August 26, 2014**        **/s/ Sheila K. Oberto**
        UNITED STATES MAGISTRATE JUDGE